

Jonathan J. Kim
+1 212 479 6400
jkim@cooley.com

January 2, 2020

VIA ECF & Email

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Slade v. Glamsquad, Inc.*, **1:19-cv-07506-VEC**

Dear Judge Caproni:

We are counsel to Defendant Glamsquad, Inc. in the above-referenced matter. We write, jointly with counsel to Plaintiff, to inform the Court that the parties have reached a confidential settlement in principle.

The parties respectfully request that the Court dismiss this action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time. In view of the resolution, the parties respectfully request the Court adjourn all pending dates and deadlines, *sine die*, including but not limited to, the Initial Pretrial Conference scheduled for January 10, 2020.

We thank Your Honor for considering this matter.

Sincerely,

*/s/ Jonathan J. Kim*
Jonathan J. Kim

SO ORDERED:

_____

Honorable Valerie E. Caproni
United States District Judge